UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Serta Simmons Bedding LLC et al | § | Civil Action No.  4:23cv2173 |
|     Debtor | § | |
| | § | Bankruptcy Case No.  23bk90020 |
| Citadel Equity Fund Ltd. | § | |
|     Appellant | § | |

## Record Transmitted

The bankruptcy clerk has transmitted the record for this appeal to the district court. *See* Fed. R. Bankr. P. 8010 (b). Unless the district court orders otherwise, the following deadlines apply. *See* Fed. R. Bankr. P. 8018.

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

Date: July 18, 2023

                                                                                             Nathan Ochsner, Clerk of Court
                                                                                             H. Lerma
                                                                                             Deputy Clerk