United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **SERTA SIMMONS BEDDING, LLC.,** *et al.*, | § § § | Case No. 23-90020 (CML) |
| Debtors. | § § | |
| -------------------------------------------------- | § | |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Adv. Pro. No. 23-09001 (CML) |
| | § | |
| **Plaintiffs and Counterclaim Defendant,** | § § | |
| v. | § § | |
| **AG CENTRE STREET PARTNERSHIP L.P.,** *et al.*, | § § § | |
| **Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs,** | § § § § | |
| v. | § § | |
| **AGF FLOATING RATE INCOME FUND,** *et al.*, | § § § § | |
| **Third-Party Defendants.** | § § | |
| -------------------------------------------------- | § | |

**STIPULATION AND ORDER GOVERNING
SCHEDULE FOR LITIGATION**

This stipulation (**"Stipulation"**) is entered into by and among plaintiff and counterclaim defendant Serta Simmons Bedding, LLC (the "**Debtor**");[1] plaintiffs Barings LLC, Boston Management and Research, Eaton Vance Management, and Invesco Senior Secured Management,

---

[1] By entering into this stipulation, the Debtor does not waive any rights, claims, or defenses with respect to whether it is a proper party to this litigation, and refers the Court to its pending motion for summary judgment (Dkt. No. 375).

Inc., and UBS Asset Management (Americas) LLC on behalf of its predecessor Credit Suisse Asset Management, and the third-party defendants listed in the signature block hereto (collectively, the **"Participating Lenders"**) and defendants, counterclaim plaintiffs, and third-party plaintiffs AG Centre Street Partnership L.P, AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., AG Super Fund Master, L.P., Silver Oak Capital, L.L.C., Ascribe III Investments, LLC, Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, Columbia Strategic Income Fund, Contrarian Capital Find I, L.P., Contrarian Centre Street Partnership, L.P., Contrarian Distressed Debt Fund, L.P., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IV-R CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. (collectively, the **"Excluded Lenders"**); and defendants and counterclaim plaintiffs LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., and LCM 28 Ltd. (collectively, the **"LCM Lenders"**).  The Participating Lenders, Excluded Lenders, and LCM Lenders are collectively referenced herein as the "Parties."

WHEREAS, on January 23, 2023, the Debtor filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code before the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the **"Court"**);

WHEREAS, on January 24, 2023, the Debtor and the Participating Lenders initiated this adversary proceeding to seek declaratory relief that a June 2020 transaction (the **"Transaction"**) between the Debtor and the Participating Lenders was permitted by the applicable credit agreement (Docket No. 1);

2

WHEREAS, on April 6, 2023, the Court issued a partial final judgment on the Debtor's and the Participating Lenders' claim "that the Transaction was permitted under the [credit agreement]" and certified the Excluded Lenders' and LCM Lenders' appeals from that partial final judgment to the Fifth Circuit (Docket No. 142);

WHEREAS, the Excluded Lenders thereafter filed counterclaims and third-party claims against the Debtor and the Third-Party Defendants, alleging breach of contract and breach of the implied covenant of good faith and fair dealing (Docket No. 148);

WHEREAS, on June 14, 2023, the Court issued a final judgment (i) granting the Debtor's and the Participating Lenders' "claim for declaratory judgment that the 2020 Transaction was permitted under the [credit agreement] and that the Plaintiffs did not violate the covenant of good faith and fair dealing by entering into the 2020 Transaction"; (ii) dismissing the Excluded Lenders' "counterclaims and third-party claims for declaratory judgment, breach of the 2016 Credit Agreement, and breach of the implied covenant of good faith and fair dealing"; and (iii) dismissing the LCM Lenders' "counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing" (Docket No. 328);

WHEREAS, on December 31, 2024, the Fifth Circuit ruled that the 2020 transaction "was not a permissible open market purchase within the meaning of the [credit agreement]" and remanded the case to this Court "for consideration of the Excluded Lenders' counterclaims and third-party claims," *In re Serta Simmons Bedding, L.L.C.*, 125 F.4th 555, 584, 593 (5th Cir. 2024);

WHEREAS, on May 21, 2025, the Court convened a status conference during which the Court scheduled a trial in this case to start on February 23, 2026;

WHEREAS, it is the position of the Debtor that it is not a proper party to this litigation because all remaining claims against the Debtor have been discharged and released pursuant to the

3

*Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Case No. 23-90020, ECF No. 977);

WHEREAS, the Debtor has moved for relief dismissing the claims against it (*Serta Simmons Bedding, LLC's Memorandum of Law in Support of its Motion for Summary Judgment* (Docket No. 375)), and while the Debtor does not object to the schedule set forth in this Stipulation, nothing in this Stipulation shall have any impact on the rights, claims, or defenses of the Debtor with respect to whether it is a proper party to this litigation;

WHEREAS the Participating Lenders, Excluded Lenders, and LCM Lenders reserve all rights with respect to the Debtor's positions as stated herein;

WHEREAS, it is the position of the Participating Lenders that the LCM Lenders are not active parties in this litigation after the Fifth Circuit's decision and it is the position of the LCM Lenders that they remain active parties in this litigation;

WHEREAS, the Participating Lenders and the LCM Lenders are negotiating a proposal for presenting that dispute to the Court for resolution, and nothing in this Stipulation shall have any impact on the rights, claims, or defenses of either the Participating Lenders or the LCM Lenders with respect to that dispute;

WHEREAS, the Court at the May 21, 2025 status conference directed the Parties to agree to a schedule for discovery and pre-trial proceedings;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree:

1. The following deadlines shall govern further proceedings in this case:

| Event | Date |
|---|---|
| Parties serve initial disclosures as required by FRCP 26 limited to FRCP 26(1)(A)(iii) and (iv) | June 3, 2025 |

4

| | |
|---|---|
| Parties serve document requests | June 18, 2025 |
| Document productions substantially complete | October 8, 2025 |
| Fact discovery ends | November 21, 2025 |
| Initial expert reports due | December 5, 2025 |
| Rebuttal expert reports due | January 12, 2025 |
| Expert discovery ends | February 6, 2026 |
| Parties exchange witness lists/exhibit lists/deposition designations | February 13, 2026 |
| Pre-trial conference (virtual) | February 20, 2026 at 9 AM CT |
| Pre-trial briefs due | February 18, 2026 |
| Trial | March 2-6, 2026 |

2.  A party may agree with any other party or parties to waive or modify any of the dates or deadlines set forth in this Stipulation, other than the Trial dates, by stipulation among the relevant parties or order of the Court.

3.  Nothing set forth herein shall be deemed to limit or impair the ability of any party to seek Court approval of other dates or deadlines with respect to this action or to take any other action or make any motion in this action.

4.  The Court shall retain jurisdiction over all matters related to this Stipulation and the resulting schedule.

Signed: October 23, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

Approved as to Form and Content
Dated: October 22, 2025

Respectfully submitted,


/s/ C. Lee Wilson
GIBSON, DUNN & CRUTCHER LLP
Gregg J. Costa (24028160)
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6649
Email:  GCosta@gibsondunn.com

    -and-

GIBSON, DUNN & CRUTCHER LLP
Scott Greenberg*
C. Lee Wilson*
Jason Goldstein*
Nina Meyer
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: SGreenberg@gibsondunn.com
      CLWilson@gibsondunn.com
      JGoldstein@gibsondunn.com
      NMeyer@gibsondunn.com

*  admitted pro hac vice

*Counsel for Plaintiffs Barings LLC, Boston Management and Research, Eaton Vance Management, Invesco Senior Secured Management, Inc., UBS Asset Management (Americas) LLC, and Third-Party Defendants AGF Floating Rate Income Fund, Brighthouse Funds Trust I - Brighthouse/Eaton Vance Floating Rate Portfolio, Calvert Management Series - Calvert Floating-Rate Advantage Fund, Eaton Vance CLO 2013-1 Ltd., Eaton Vance CLO 2014-1R, Ltd., Eaton Vance CLO 2015-1, Ltd., Eaton Vance CLO 2018-1, Ltd., Eaton Vance CLO 2019-1, Ltd., Eaton Vance Senior Floating-Rate Trust,, Eaton Vance Floating-Rate Income Trust, Eaton Vance Senior Income Trust, Eaton Vance Short Duration Diversified Income Fund, Eaton Vance Institutional Senior Loan Fund, Eaton Vance Institutional Senior Loan Plus Fund, Eaton Vance Limited Duration Income Fund, Eaton Vance Floating Rate Portfolio, Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio, Morgan Stanley Loan Holding Limited (f/k/a Eaton Vance Loan Holding Limited), Senior Debt Portfolio, Eaton Vance VT Floating Rate Income Fund, Bentham Syndicated Loan Fund, DaVinci Reinsurance Ltd., Renaissance Investment Holdings Ltd., California State Teachers' Retirement System, Dollar Senior Loan Fund, Ltd., Dollar Senior Loan Master Fund II, Ltd., PK-SSL Investment Fund Limited*

*Partnership, Copperhill Loan Fund I, LLC, Erie Indemnity Company, Madison Flintholm Senior Loan Fund I DAC, Phillips 66 Retirement Plan Trust, Wind River Fund LLC, Erie Insurance Exchange, Maryland State Retirement and Pension System, Credit Suisse Floating Rate Trust, Credit Suisse Floating Rate High Income Fund, Credit Suisse Strategic Income Fund, Credit Suisse Nova (Lux), Bentham Strategic Loan Fund, Telstra Superannuation Scheme, Wespath Funds Trust, Inflation Protection Fund-I Series, Madison Park Funding XI, Ltd., Madison Park Funding XII, Ltd., Madison Park Funding XIII, Ltd., Madison Park Funding XIV, Ltd., Madison Park Funding XVII, Ltd., Madison Park Funding XVIII, Ltd., Madison Park Funding XIX, Ltd., Madison Park Funding XX, Ltd., Madison Park Funding XXI, Ltd., Madison Park Funding XXII, Ltd., Madison Park Funding XXIII, Ltd., Madison Park Funding XXIV, Ltd., Madison Park Funding XXV, Ltd., Madison Park Funding XXVI, Ltd., Madison Park Funding XXVII, Ltd., Madison Park Funding XXVIII, Ltd., Madison Park Funding XXIX, Ltd., Madison Park Funding XXX, Ltd., Madison Park Funding XXXI, Ltd., Madison Park Funding XXXII, Ltd., Madison Park Funding XXXIV, Ltd., Madison Park Funding XXXV, Ltd., Madison Park Funding XXXVII, Ltd., Madison Park Funding XL, Ltd., Madison Park Funding XLI, Ltd., Madison Park Funding XLII, Ltd., Madison Park Funding XLIII, Ltd., Madison Park Funding XLIV, Ltd., Barings Global Loan Limited, Barings Global Special Situations Credit 3 S.A.R.L., Barings Global High Yield Credit Strategies Limited, Barings U.S. Loan Limited, Barings CLO Ltd. 2018-III, Barings CLO Ltd. 2017-I, Barings CLO Ltd. 2019-II, Barings CLO Ltd. 2016-I, Barings CLO Ltd. 2015-I, Barings CLO Ltd. 2016-II, Barings CLO Ltd. 2018-I, Barings CLO Ltd. 2015-II, Barings CLO Ltd. 2013-I, Barings CLO Ltd. 2018-IV, Baloise Senior Secured Loan Fund, Crown Managed Accounts SPC - Crown/Ba 2 SP, Babson CLO Ltd. 2014-I, Serengeti (Loan Fund), a Series Trust of the Multi Strategy Umbrella Fund Cayman, Barings Global Multi-Credit Strategy 3 Limited, Barings Global Multi-Credit Strategy 4 Limited, MassMutual Floating Rate Fund (f/k/a Barings Global Floating Rate Fund), MassMutual Global Credit Income Opportunities Fund (f/k/a Barings Global Credit Income Opportunities Fund), Barings Segregated Loans 3 S.A R.L, Barings BDC, Inc., Barings Global Loan and High Yield Bond Limited, Arrowood Indemnity Company, Arrowood Indemnity as Administrator of the Pension Plan of Arrowood Indemnity, Jocassee Partners LLC, First Eagle Bank Loan Select Master Fund, Stichting Pensioenfonds Hoogovens, Wind River 2013-1 CLO Ltd., Wind River 2013-2 CLO Ltd., Wind River 2014-1 CLO Ltd. , Wind River 2014-2 CLO Ltd., Wind River 2014-3 CLO Ltd., Wind River 2014-3K CLO Ltd., Wind River 2015-1 CLO Ltd., Wind River 2016-2 CLO, Ltd., Wind River 2016-1K CLO Ltd (f/k/a KVK CLO 2016-1 Ltd.), Wind River 2017-1 CLO Ltd., Wind River 2017-4 CLO, Ltd., Wind River 2018-3 CLO, Ltd., Wind River 2019-3 CLO Ltd , Annisa CLO, Ltd., Betony CLO 2, Ltd., Carbone CLO, Ltd., Diversified Credit Portfolio Ltd., Invesco BL Fund, Ltd., Invesco Dynamic Credit Opportunity Fund (f/k/a Invesco Dynamic Credit Opportunities Fund), Invesco Floating Rate ESG Fund (f/k/a Invesco Floating Rate Fund), Invesco Floating Rate Income Fund, Invesco Gemini US Loan Fund LLC, Invesco Senior Floating Rate Fund (f/k/a Invesco Oppenheimer Senior Floating Rate Fund), Invesco Senior Income Trust, Invesco Senior Loan Fund, Invesco SSL Fund LLC, Invesco Zodiac Funds - Invesco US Senior Loan ESG Fund, Invesco Zodiac Funds - Invesco US Senior Loan Fund, Milos CLO, Ltd., Recette CLO, Ltd., Riserva CLO, Ltd., Upland CLO, Ltd., Harbourview CLO VII-R, Ltd., Invesco Multi-Strategy Fund (f/k/a Invesco Oppenheimer Fundamental Alternatives Fund), Invesco Master Loan Fund (f/k/a Invesco Oppenheimer Master Loan Fund), Oaktree Opportunities Fund Xb Holdings (Delaware), LP, Oaktree Opps X Holdco Ltd., Oaktree Opportunities Fund X Holdings (Delaware) LP, Dryden XXV Senior Loan Fund, Dryden XXVI Senior Loan Fund, Dryden*

*XXVIII Senior Loan Fund, Dryden 30 Senior Loan Fund, Dryden 33 Senior Loan Fund, Dryden 36 Senior Loan Fund, Dryden 37 Senior Loan Fund, Dryden 38 Senior Loan Fund, Dryden 40 Senior Loan Fund, Dryden 41 Senior Loan Fund, Dryden 42 Senior Loan Fund, Dryden 43 Senior Loan Fund, Dryden 45 Senior Loan Fund, Dryden 47 Senior Loan Fund, Dryden 49 Senior Loan Fund, Dryden 50 Senior Loan Fund, Dryden 54 Senior Loan Fund, Dryden 53 CLO, Ltd., Dryden 55 CLO, Ltd., Dryden 57 CLO, Ltd., Dryden 58 CLO, Ltd., Dryden 60 CLO, Ltd., Dryden 61 CLO, Ltd., Dryden 64 CLO, Ltd., Dryden 65 CLO, Ltd., Dryden 70 CLO, Ltd., Dryden 75 CLO, Ltd., Newark BSL CLO 1, Ltd., Newark BSL CLO 2, Ltd., Venture XXV CLO, Limited, Venture 31 CLO, Limited, Venture 32 CLO, Limited, Venture 33 CLO, Limited, Venture 35 CLO, Limited, Venture XXII CLO, Limited, Venture XXIX CLO, Limited, Venture XXVII CLO, Limited, Venture 28a CLO, Limited, Venture XIII CLO, Limited, Venture XIV CLO, Limited, Venture XIX CLO, Limited, Venture XV CLO, Limited, Venture XVIII CLO, Limited, Venture XXII CLO, Limited, Venture XXIII CLO, Limited, Venture XXIV CLO, Limited, Venture XXVIII CLO, Limited, Venture XXX CLO, Limited, Fixed Income Opportunities Nero, LLC, Blackrock Limited Duration Income Trust, Blackrock Global Investment Series: Income Strategies Portfolio, Blackrock Floating Rate Income Strategies Fund, Inc., BlackRock Multi-Asset Income Portfolio of Blackrock Funds II, Blackrock Debt Strategies Fund, Inc., Blackrock Floating Rate Income Trust, JPMBI Re Blackrock Bankloan Fund, Blackrock Floating Rate Income Portfolio of Blackrock Funds V, BlackRock Income Fund of BlackRock Funds V (f/k/a BlackRock Credit Strategies Income Fund of BlackRock Funds V), ABR Reinsurance Ltd., NC Garnet Fund, LP, Magnetite XV, Limited, Magnetite XIV-R, Limited, Magnetite XVI, Limited, Magnetite VIII, Limited, Magnetite XVIII, Limited, Magnetite XIX, Limited, Magnetite XX, Limited, Magnetite XVII, Limited, Magnetite VII, Limited, Magnetite XII, Ltd., Nuveen Multi-Asset Income Fund (as successor in interest to Nuveen Diversified Dividend and Income Fund), Nuveen Floating Rate Income Fund (as successor in interest to Nuveen Floating Rate Income Opportunity Fund, Nuveen Senior Income Fund, and Nuveen Short Duration Credit Opportunities Fund), Nuveen Floating Rate Income Fund, a series of Nuveen Investment Trust III (f/k/a Nuveen Symphony Floating Rate Income Fund), Principal Funds, Inc - Diversified Real Asset Fund, Symphony CLO XX, Ltd., Symphony CLO XVII, Ltd., Symphony CLO XIX, Ltd., Symphony CLO XV, Ltd., Symphony CLO XIV, Ltd., Symphony CLO XVI, Ltd., TCI-Symphony CLO 2017-1 Ltd., TCI-Symphony CLO 2016-1 Ltd., Symphony Floating Rate Senior Loan Fund , SCOF-2 Ltd., Nuveen Alternative Investment Funds SICAV-SIF - Nuveen US Senior Loan Fund (f/k/a BayCity Alternative Investment Funds SICAV-SIF - BayCity US Senior Loan Fund), Nuveen Senior Loan Fund, L.P. (f/k/a BayCity Senior Loan Master Fund Ltd.), Pensiondanmark Pensionforsikringsaktieselskab, Menard, Inc., Municipal Employees Annuity & Benefit Fund of Chicago, Principal Diversified Real Asset CIT, California Street CLO IX Limited Partnership, California Street CLO XII, Ltd., TAO Fund, LLC, MP CLO III Ltd., MP CLO VII Ltd., MP CLO VIII Ltd., Marble Point CLO X Ltd., Marble Point CLO XI Ltd., Marble Point CLO XII Ltd., Marathon CLO V Ltd., Marathon CLO VII Ltd., Marathon CLO VIII Ltd., Marathon CLO IX Ltd., Marathon CLO X Ltd., Marathon CLO XI Ltd., Elevation CLO 2013-1, Ltd., Elevation CLO 2014-2, Ltd., Elevation CLO 2016-5, Ltd., Elevation CLO 2017-6, Ltd., Elevation CLO 2017-8, Ltd., Elevation CLO 2018-9, Ltd., Elevation CLO 2018-10, Ltd., and Russell Investments Floating Rate Fund (a sub fund of the Russell Investments Qualifying Investor Alternative Funds Public Limited Company)*

*/s/ Michael L. Rice*
**CROKE FAIRCHILD DUARTE & BERES**
Michael L. Rice
S.D. Tex. No. 12834
191 N. Wacker, 31st Floor
Chicago, IL 60606
Telephone: (312) 638-8781
Email: mrice@crokefairchild.com

*Counsel to Sentry Insurance Company*

*/s/ Luna N. Barrington*
WEIL, GOTSHAL & MANGES LLP
David J. Lender*
Luna N. Barrington*
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Email: David.Lender@weil.com
       Luna.Barrington@weil.com

\*  *admitted pro hac vice*

*Counsel for Serta Simmons Bedding, LLC*

*/s/ Anne E. Beaumont*
FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP
Eric Seiler*
Anne E. Beaumont*
Elizabeth Bierut*
Blair R. Albom*
Kyle Bailey*
Ian C. Bruckner*
7 Times Square
New York, NY 10036
Telephone:  (212) 833-1100
Email:  ESeiler@fklaw.com
          ABeaumont@fklaw.com
          EBierut@fklaw.com
          BAlbom@fklaw.com
          KBailey@fklaw.com
          IBruckner@fklaw.com

    -and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brian S. Hermann*
Andrew J. Ehrlich*
Michael J. Colarossi*
1285 Avenue of the Americas
New York, NY
Telephone:  (212) 373-3000
Email:  BHermann@paulweiss.com
          AEhrlich@paulweiss.com
          MColarossi@paulweiss.com

    -and-

PORTER HEDGES LLP
John F. Higgins (09597500)
Eric D. Wade (00794802)
M. Shane Johnson (24083263)
Megan N. Young-John (24088700)
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone:  (713) 226-6000
Email:  JHiggins@porterhedges.com
            EWade@porterhedges.com
            SJohnson@porterhedges.com
            Myoung-john@porterhedges.com

*  *admitted pro hac vice*

*Counsel for Excluded Lenders*

*/s/ Neil R. Lieberman*
HOLWELL SHUSTER & GOLDBERG LLP
Vincent Levy*
Neil R. Lieberman*
Brian T. Goldman*
425 Lexington Avenue
New York, NY 10017
Telephone:  (646) 837-5151
Email:  VLevy@hsgllp.com
          NLieberman@hsgllp.com
          BGoldman@hsgllp.com

\*  *admitted pro hac vice*

*Counsel for LCM Lenders*

**Certificate of Service**

I hereby certify that on October 22, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

/s/ John F. Higgins
John F. Higgins