**GIBSON DUNN**

Gregg J. Costa
Partner
T: +1 346.718.6649
M: +1 281.475.5902
gcosta@gibsondunn.com

February 16, 2026

**VIA E-FILING**

The Honorable Christopher M. Lopez
Unites States Bankruptcy Judge for the Southern District of Texas
515 Rusk Street, Courtroom 401
Houston, Texas 77002

Re:   *Serta Simmons Bedding, LLC, et al. v. AG Centre Street Partnership, et al*., Adv. Pro. No. 23-9001 (Bankr. S.D. Tex.)

Dear Judge Lopez:

We represent the Third-Party Defendants in the above-captioned litigation.[1]  In accordance with the Court's directive at the September 16, 2025 hearing (Dkt. No. 414 at 79-81), we write to provide an update to the Court regarding any dissolutions of Third-Party Defendants.  Based upon a reasonable investigation, no Third-Party Defendants have dissolved since January 15, 2026.  As we noted in our last update, there are, however, some funds that are in the dissolution process and the Competing Lenders have been provided with information sufficient to identify those funds.

We will continue to provide monthly updates to the Court pursuant to Your Honor's instructions.  We are available to answer any questions Your Honor may have on this issue or any other issues pending before the Court.

Sincerely,

*/s/ Gregg J. Costa*

---

[1] The Third-Party Defendants are those defined as such in Dkt. 523, except for those funds for which Gibson Dunn has moved to withdraw on behalf of at Dkt. 531.